# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL HARGROVE | § | |
| | § | |
| V. | § | CIVIL ACTION NO. _____ |
| | § | |
| ERASMO OLIVAS AND POINT | § | |
| DEDICATED SERVICES, LLC | § | |

**DEFENDANT POINT DEDICATED SERVICES, LLC'S EXPRESS CONSENT
TO AND JOINDER IN REMOVAL**

| | |
|---|---|
| STATE OF MICHIGAN | § |
| | § |
| COUNTY OF OAKLAND | § |

BEFORE ME, the undersigned authority, on this day personally appeared, Ross Hare, and upon his oath, deposes and states as follows:

1. "My name is Ross Hare. I am over the age of eighteen years, am of sound mind, and suffer from no legal disabilities. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. My position with Defendant Point Dedicated Services, LLC is _President_. As such I am fully authorized to enter this consent on behalf of the company.

3. It is my understanding that Defendant Erasmo Olivas intends to remove this matter from state court to federal court. Specifically, Defendant Erasmo Olivas intends to remove this matter from the County Court at Law No. 5 of Dallas County, Texas to the Dallas Division of the Northern District of Texas.

4. I consent and hereby join the removal of this action from state court to federal court.

FURTHER AFFIANT SAYETH NOT"

Signed on this 7th day of SEPTEMBER, 2016.

_____
Ross Hare

SUBSCRIBED AND SWORN TO BEFORE ME on this 7th day of September, 2016.

_____
Notary Public, State of ~~Texas~~ Michigan

_____
Printed name: Patti J. Blakely

**PATTI J. BLAKELY**
Notary Public, State of Michigan
County of Macomb
My Commission Expires 03-09-2017
Acting in the County of Oakland

_____
Commission Expires