# Exhibit B

CAUSE NO. CC-16-03531-E

| DANIEL HARGROVE, | § | IN THE COUNTY COURT |
|---|---|---|
| *Plaintiff,* | § | |
| | § | |
| VS. | § | AT LAW NO. 5 |
| | § | |
| ERASMO OLIVAS AND POINT | § | |
| DEDICATED SERVICES, LLC, | § | |
| *Defendants.* | § | DALLAS COUNTY, TEXAS |

## INDEX OF STATE COURT FILE

| TAB | FILED | DOCUMENT |
|---|---|---|
| A. | | State Court File |
| 1. | 07/15/2016 | Plaintiff's Original Petition |
| 2. | 07/15/2016 | Letter to Court from Carl Weinkauf regarding filing Plaintiff's Original Petition and Texas Case Civil Information Sheet |
| 3. | 07/15/2016 | Texas Civil Case Information Sheet |
| 4. | 07/21/2016 | Issuance of Citation for Point Dedicated Services, LLC |
| 5. | 07/21/2016 | Issuance of Citation for Erasmo Olivas |
| 6. | 07/22/2016 | Letter from Judge Mark Greenberg regarding dismissal of case |
| 7. | 07/28/2016 | Affidavit of Service for Erasmo Olivas through the Texas Transportation Commission |
| 8. | 08/10/2016 | Officer's Return of Service indicating service of Defendant Point Dedicated Service, LLC on 08/09/16 |
| 9. | 08/26/2016 | Defendant's Erasmo Olivas and Point Dedicated Services, LLC's Answer and Requests for Disclosure |
| 10. | 08/26/2016 | Defendant Erasmo Olivas and Point Dedicated Services, LLC's Request for Jury Trial |

**1**

FILED
7/15/2016 4:55:37 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-16-03531-E _____

| | | |
|---|---|---|
| DANIEL HARGROVE, | § | IN THE COUNTY COURT AT LAW |
| | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | OF DALLAS COUNTY, TEXAS |
| | § | |
| ERASMO OLIVAS AND POINT DEDICATED | § | |
| SERVICES, LLC, | § | |
| | § | |
| | § | |
| DEFENDANTS | § | COURT AT LAW NO. _____ |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Daniel Hargrove, ("Plaintiff"), files his Original Petition complaining of Defendants Erasmo

Olivas ("Defendant Olivas") and Point Dedicated Services, LLC ("Defendant POINT"), (collectively

"Defendants"), and for cause of action would respectfully show the Court as follows:

**TEX. R. CIV. P. 190.3 Discovery Control Plan.**

1.      Discovery in this case will be conducted under Level 2, TEX. R. CIV. P. 190.3.

**Parties and Venue.**

2.      Plaintiff is an individual resident of the State of Texas.

3.      Defendant Olivas is an individual resident of the State of New Mexico, who was

conducting business in Texas at the time Plaintiff's causes of action arose, and may be served with

process by serving the chairman of the Texas Transportation Commission pursuant to Texas Civil

Practice and Remedies Code §17.061 et. seq., at Tyron D. Lewis, Chairman, Texas Transportation

Commission, 125 E. 11th Street, Austin, Texas 78701-2843.  Upon receipt of the citation, the

Chairman shall forward the citation by registered mail to Erasmo Olivas, 8620 Diamond Cir., Las

Cruces, New Mexico, 48043.

4. Defendant POINT is a Michigan limited liability company and may be served with citation in this lawsuit by delivery of same to its registered agent, H & H Terminals, LC, ATTN: Ruben Luera, 1731 Cherington, El Paso, Texas 79936.

5. Venue is predicated upon the Plaintiff's causes of action arising in Dallas County, Texas. As such, venue is proper in Dallas County, Texas.

**Jurisdiction and TEX. R. CIV. P. 47 Requirements.**

6. Plaintiff's causes of action against Defendants are based on Defendants' negligence being the proximate cause of a motor vehicle collision in which Plaintiff was injured. Damages sought herein exceed the minimum jurisdiction of this Court. Plaintiff seeks monetary relief over $1,000,000.00. Plaintiff claims prejudgment interest on all damages awarded herein.

**Facts.**

7. On or about July 19, 2014, Plaintiff was driving his vehicle northbound on Interstate Highway 635 in Mesquite, Texas. At the point where Plaintiff was traveling, Interstate Highway 635 is a public roadway located within the city limits of Mesquite, Dallas County, Texas. At that same time, Defendant Olivas, in the course and scope of his employment with Defendant POINT and driving a tractor trailer rig owned and/or insured by Defendant POINT, was also traveling northbound on Interstate Highway 635 in the lane immediately to Plaintiff's left. Suddenly and without warning, Defendant Olivas made an unsafe lane change, moving the tractor trailer rig he was driving into the lane already occupied by Plaintiff's vehicle, and causing a collision with Plaintiff's vehicle that resulted in injuries to Plaintiff. Said collision and injuries were proximately caused by the negligence of Defendant Olivas and Defendant POINT, by and through its agent or servant, Defendant Olivas, in each and all of the following respects:

A.      Failure to keep a proper lookout;

B.      Failure to yield the right of way;

C.      Failure to obey traffic signs and pavement markings;

D.      Making an unsafe lane change;

E.      Failure to sufficiently or properly apply brakes;

F.      Failure to take proper evasive action to avoid a collision;

G.      Failure to drive in a single lane;

H.      Traveling at a speed in excess of that which was reasonably prudent given the local traffic conditions;

I.      Failure to maintain an assured clear distance between the vehicles; and

J.      Driver inattention,

all of which constitute violations of the laws of the State of Texas, including, but not limited to, TEX. TRANS. CODE ANN., Chapter 545, *et seq.*

8.      Further, said accident and injuries were caused in whole or in part by the negligence of Defendant POINT in each of the following respects:

A.      Failure to ascertain whether Defendant Olivas was a competent, knowledgeable and/or qualified driver prior to entrusting the vehicle to him; and,

B.      Negligently entrusting the vehicle to Defendant Olivas.

**Damages.**

9.      As a result of the foregoing negligent conduct, Plaintiff suffered bodily injuries. Some of these injuries may be permanent. As a further result of the nature and the consequences of these injuries, Plaintiff endured physical pain, mental anguish, physical impairment, loss of earning capacity, and loss of enjoyment of life, and, in all reasonable probability, will continue to suffer in

this manner in the future.

10.     As a further result of the foregoing negligent conduct, Plaintiff received reasonable and necessary medical and health care treatment and attention for the injuries sustained and such treatment will continue into the future. Plaintiff has incurred reasonable and customary charges for said treatment and attention, and, in all probability, will incur additional expenses in the future.

**Request for Disclosure.**

11.     In accordance with TEX. R. CIV. P. 194, Plaintiff makes this Request for Disclosure to Defendants.  Specifically, Plaintiff requests that each of the Defendants disclose the following information or material:

| | |
|---|---|
| 194.2(a) | The correct names of the parties to the lawsuit. |
| 194.2(b) | The name, address, and telephone number of any potential parties. |
| 194.2(c) | The legal theories and, in general, the factual bases of your claims or defense. |
| 194.2(d) | The amount and any method of calculating economic damages, or the amount and any method of calculating any reductions, payments, offsets, or credits that you are asserting against the economic damages being claimed by Plaintiff. |
| 194.2(e) | The name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case. |
| 194.2(f) | For any testifying expert: |

1)  The expert's name, address, and telephone number;
2)  The subject matter on which the expert will testify;
3)  The general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of the responding party, documents reflecting such information;
4)  If the expert is retained by you, employed by you, or otherwise subject to your control:
    (A)  All documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and
    (B)  The expert's current resume and bibliography.

| | |
|---|---|
| 194.2(g) | Any indemnity and insuring agreements described in Rule 192.3(f). |

194.2(h)    Any settlement agreements described in Rule 192.3(g).

194.2(i)    Any witness statements described in Rule 192.3(h).

194.2(j)    If this suit alleges physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills.

194.2(k)    If this suit alleges physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by you by virtue of an authorization furnished by Plaintiff.

194.2(l)    If this suit alleges physical or mental injury and damages from the occurrence that is the subject of the case, the name, address, and telephone number of any person who may be designated as a responsible third party.

Pursuant to TEX. R. CIV. P. 194.4, copies of documents and other tangible items ordinarily must be served with the response. If the responsive documents are voluminous, Defendants' respective responses must state a reasonable time and place for the production of documents, and Defendants must produce the documents at the time and place stated, unless otherwise agreed by the parties or ordered by the court, and must provide the requesting party a reasonable opportunity to inspect them.

Defendant Olivas and Defendant POINT's attention is directed to TEX. R. CIV. P. 194 for additional information concerning this Request for Disclosure. Specifically, no objection or assertion of work product is permitted to a request served pursuant to TEX. R. CIV. P. 194.

**Prayer.**

WHEREFORE premises considered, Plaintiff prays that the Defendants be duly cited to appear and answer herein and that upon final trial hereof, Plaintiff recover judgment against Defendants, jointly and severally, for Plaintiff's actual damages as set forth herein; prejudgment and post-judgment interest; costs of court; and such other and further relief to which Plaintiff may show herself justly entitled, either at law or in equity.

Respectfully submitted,

**CARL WEINKAUF & ASSOCIATES**
ATTORNEYS & COUNSELORS
4303 N. CENTRAL EXPRESSWAY
DALLAS, TEXAS 75205
TELEPHONE: (214) 368-6005
TELECOPIER: (214) 696-0867
carl@getcarl.com

By: _____
        Carl Weinkauf
        State Bar No. 21095100

**2**

FILED
7/15/2016 4:55:37 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY



**CARL WEINKAUF**
**&ASSOCIATES**
ATTORNEYS & COUNSELORS

15 July 2016

<u>**Via Electronic Filing**</u>                    CC-16-03531-E
Mr. John F. Warren
Dallas County Clerk
George L. Allen, Sr. Courts Building
600 Commerce Street
Dallas, Texas 75202

      Re:      *Daniel Hargrove v. Erasmo Olivas and Point Dedicated Services, LLC,* in
            the County Court at Law of Dallas County, Texas

Dear Mr. Warren:

      I am enclosing the original of the following documents to be filed in the above-captioned
cause:

          (1)     Texas Civil Case Information Sheet; and
          (2)     Plaintiff's Original Petition

PLEASE NOTE ON THE CITATIONS TO THE DEFENDANTS THAT PLAINTIFF'S
REQUEST FOR DISCLOSURE is being served on Defendants in addition to the Original Petition.

      Please file the original with the papers of the Court and file-stamp the copies. Funds
adequate to cover the cost of filing suit and issuance of two (2) citation(s) are being provided
through the e-filing process. We will be serving the citation with our own process service. Please
return the file-stamped copy of the petition, our receipts and the citations to me at the address listed
below.

      Thank you for your consideration and assistance in this matter. Should you have any
questions, please do not hesitate to call me. You can reach me directly at (214) 534-9325.

                    Sincerely,

                    Carl Weinkauf
                    carl@getcarl.com

CW/mh
Enclosures
cc: Tommy Summers, Jr. w/encl. – <u>via facsimile no. (800) 833-1851</u>

**3**

FILED
DALLAS COUNTY
9/8/2016 3:56:07 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: CC-16-03531-E          COURT *(FOR CLERK USE ONLY)*: _____

STYLED **DANIEL HARGROVE** v. **ERASMO OLIVAS** and **POINT DEDICATED SERVICES, LLC**

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| | | |
|---|---|---|
| **Name:** Carl Weinkauf | **Email:** carl@getcarl.com | **Names of parties in case:** |
| **Address:** 4303 N Central Expy | **Telephone:** (214) 368-6005 | **Plaintiff(s)/Petitioner(s):** DANIEL HARGROVE |
| **City/State/Zip:** Dallas, TX 75205 | **Fax:** (214) 696-0867 | **Defendant(s)/Respondent(s):** ERASMO OLIVAS, POINT DEDICATED SERVICES, LLC |
| **Signature:** | **State Bar No:** 21095100 | [Attach additional page as necessary to list all parties] |

**Person or entity completing sheet is:**
- [X] Attorney for Plaintiff/Petitioner
- [ ] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other:

**Additional Parties in Child Support Case:**

Custodial Parent:

Non-Custodial Parent:

Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

| Civil | | | Family Law | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | |
| *Debt/Contract* | [ ] Assault/Battery | [ ] Eminent Domain/ Condemnation | [ ] Annulment | [ ] Enforcement |
| [ ] Consumer/DTPA | [ ] Construction | [ ] Partition | [ ] Declare Marriage Void | [ ] Modification—Custody |
| [ ] Debt/Contract | [ ] Defamation | [ ] Quiet Title | *Divorce* | [ ] Modification—Other |
| [ ] Fraud/Misrepresentation | *Malpractice* | [ ] Trespass to Try Title | [ ] With Children | **Title IV-D** |
| [ ] Other Debt/Contract: | [ ] Accounting | [ ] Other Property: | [ ] No Children | [ ] Enforcement/Modification |
| *Foreclosure* | [ ] Legal | | | [ ] Paternity |
| [ ] Home Equity—Expedited | [ ] Medical | **Related to Criminal Matters** | | [ ] Reciprocals (UIFSA) |
| [ ] Other Foreclosure | [ ] Other Professional Liability: | [ ] Expunction | **Other Family Law** | [ ] Support Order |
| [ ] Franchise | | [ ] Judgment Nisi | [ ] Enforce Foreign Judgment | **Parent-Child Relationship** |
| [ ] Insurance | [X] Motor Vehicle Accident | [ ] Non-Disclosure | [ ] Habeas Corpus | [ ] Adoption/Adoption with Termination |
| [ ] Landlord/Tenant | [ ] Premises | [ ] Seizure/Forfeiture | [ ] Name Change | [ ] Child Protection |
| [ ] Non-Competition | *Product Liability* | [ ] Writ of Habeas Corpus— Pre-indictment | [ ] Protective Order | [ ] Child Support |
| [ ] Partnership | [ ] Asbestos/Silica | [ ] Other: | [ ] Removal of Disabilities of Minority | [ ] Custody or Visitation |
| [ ] Other Contract. | [ ] Other Product Liability List Product: | | [ ] Other: | [ ] Gestational Parenting |
| | | | | [ ] Grandparent Access |
| | [ ] Other Injury or Damage: | | | [ ] Parentage/Paternity |
| | | | | [ ] Termination of Parental Rights |
| | | | | [ ] Other Parent-Child: |

| **Employment** | **Other Civil** | |
|---|---|---|
| [ ] Discrimination | [ ] Administrative Appeal | [ ] Lawyer Discipline |
| [ ] Retaliation | [ ] Antitrust/Unfair Competition | [ ] Perpetuate Testimony |
| [ ] Termination | [ ] Code Violations | [ ] Securities/Stock |
| [ ] Workers' Compensation | [ ] Foreign Judgment | [ ] Tortious Interference |
| [ ] Other Employment: | [ ] Intellectual Property | [ ] Other: |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| [ ] Tax Appraisal | *Probate/Wills/Intestate Administration* | [ ] Guardianship—Adult |
| [ ] Tax Delinquency | [ ] Dependent Administration | [ ] Guardianship—Minor |
| [ ] Other Tax | [ ] Independent Administration | [ ] Mental Health |
| | [ ] Other Estate Proceedings | [ ] Other: |

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

| | | |
|---|---|---|
| [ ] Appeal from Municipal or Justice Court | [ ] Declaratory Judgment | [ ] Prejudgment Remedy |
| [ ] Arbitration-related | [ ] Garnishment | [ ] Protective Order |
| [ ] Attachment | [ ] Interpleader | [ ] Receiver |
| [ ] Bill of Review | [ ] License | [ ] Sequestration |
| [ ] Certiorari | [ ] Mandamus | [ ] Temporary Restraining Order/Injunction |
| [ ] Class Action | [ ] Post-judgment | [ ] Turnover |

## 4. Indicate damages sought (do not select if it is a family law case):

- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100,000 but not more than $200,000
- [ ] Over $200,000 but not more than $1,000,000
- [X] Over $1,000,000

Rev 3/13

**4**

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-16-03531-E
COUNTY COURT AT LAW NO. 5
Dallas County, Texas

TO:

POINT DEDICATED SERVICES, LLC
SERVE REG AGENT H & H TERMINALS LC ATTNRUBEN
LUERA
1731 CHERINGTON
EL PASO TX 79936

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you."
Your answer should be addressed to the clerk of County Court at Law No. 5 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

### DANIEL HARGROVE
*Plaintiff(s)*

VS.

### ERASMO OLIVAS; POINT DEDICATED SERVICES, LLC
*Defendant(s)*

filed in said Court on the 15th day of July, 2016a copy of which accompanies this citation.

**WITNESS:   JOHN F. WARREN,** Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 21st day of July, 2016 A.D.

JOHN F. WARREN, Dallas County Clerk

By *Guisla Hernandez* , Deputy
— Guisla Hernandez



CC - 16 - 03531 - E
CICI
ISSUE CITATION
1122282

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

---

| ATTORNEY |
| --- |
| **CITATION** |
| **PLAINTIFF'S ORIGINAL PETITION** |
| **CC-16-03531-E** |

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 5
Dallas County, Texas

DANIEL HARGROVE, *Plaintiff(s)*

VS.

ERASMO OLIVAS; POINT
DEDICATED SERVICES, LLC,
*Defendant(s)*

---

**SERVE:**
**POINT DEDICATED SERVICES, LLC**
**SERVE REG AGENT H & H**
**TERMINALS LC ATTNRUBEN LUERA**
**1731 CHERINGTON**
**EL PASO TX 79936**

**ISSUED THIS**
**21ST DAY OF JULY, 2016**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

---

CARL WILLIAM WEINKAUF
4303 N CENTRAL EXPRESSWAY
DALLAS TX 75205
214-368-6005

**OFFICER'S RETURN**

CC-16-03531-E  County Court at Law No. 5

DANIEL HARGROVE vs. ERASMO OLIVAS, POINT DEDICATED SERVICES, LLC

**ADDRESS FOR SERVICE:**
SERVE REG AGENT H & H TERMINALS LC ATTNRUBEN LUERA
1731 CHERINGTON
EL PASO TX  79936

**Fees:**
Came to hand on the _____ day of _____, 20_____, at _____o'clock _____.m., and executed in _____ County, Texas by delivering to POINT DEDICATED SERVICES, LLC in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy       $_____       _____, Officer

Total   $_____                _____, County, Texas

                                By:_____, Deputy

                                _____, Affiant

**5**

# THE STATE OF TEXAS
# CITATION
CAUSE NO. CC-16-03531-E
COUNTY COURT AT LAW NO. 5
Dallas County, Texas

TO:

ERASMO OLIVAS
SERVE THROUGH ITS TEXAS TRANSPORTATION
COMMISSION
125 E 11TH STREET
AUSTIN TX 78701-2843

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 5 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

### DANIEL HARGROVE
*Plaintiff(s)*

VS.

### ERASMO OLIVAS; POINT DEDICATED SERVICES, LLC
*Defendant(s)*

filed in said Court on the 15th day of July, 2016 a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 21st day of July, 2016 A.D.

JOHN F. WARREN, Dallas County Clerk

By _Guisla Hernandez_, Deputy
Guisla Hernandez



CC - 16 - 03531 - E
CICI
ISSUE CITATION
1122283

NO OFFICER'S FEES HAVE BEEN COLLECTED BY DALLAS COUNTY CLERK

| ATTORNEY |
|---|
| **CITATION** |
| **PLAINTIFF'S ORIGINAL PETITION** |
| **CC-16-03531-E** |
| IN THE COUNTY COURT OF DALLAS County Court at Law No. 5 **Dallas County, Texas** |
| DANIEL HARGROVE, *Plaintiff(s)* |
| VS. |
| ERASMO OLIVAS; POINT DEDICATED SERVICES, LLC, *Defendant(s)* |
| **SERVE:** |
| **ERASMO OLIVAS SERVE THROUGH ITS TEXAS TRANSPORTATION COMMISSION 125 E 11TH STREET AUSTIN TX 78701-2843** |
| **ISSUED THIS 21ST DAY OF JULY, 2016** |
| JOHN F. WARREN, COUNTY CLERK BY: GUISLA HERNANDEZ, DEPUTY |
| Attorney for Plaintiff |
| CARL WILLIAM WEINKAUF 4303 N CENTRAL EXPRESSWAY DALLAS TX 75205 214-368-6005 |

**OFFICER'S RETURN**

CC-16-03531-E   County Court at Law No. 5

DANIEL HARGROVE vs. ERASMO OLIVAS, POINT DEDICATED SERVICES, LLC

**ADDRESS FOR SERVICE:**
SERVE THROUGH ITS TEXAS TRANSPORTATION COMMISSION
125 E 11TH STREET
AUSTIN TX  78701-2843

**Fees:**
Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.m., and executed in _____ County, Texas by delivering to ERASMO OLIVAS in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| | | |
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy     $_____     _____, Officer

Total   $_____                                  _____, County, Texas

By:_____, Deputy

_____, Affiant

6



**JUDGE MARK GREENBERG**
**COUNTY COURT AT LAW NO. 5**
**GEORGE L ALLEN, SR. COURTS BUILDING**
**600 COMMERCE STREET, 5th FLOOR**
**DALLAS, TEXAS 75202-5792**
**214-653-6503**

Chambers of Mark Greenberg                                                July 22, 2016

CARL WILLIAM WEINKAUF
4303 N CENTRAL EXPRESSWAY
DALLAS TX 75205

Re:     Cause No        CC-16-03531-E

        Cause Style:    DANIEL HARGROVE vs. ERASMO OLIVAS, POINT DEDICATED SERVICES,
LLC

Dear Attorney:

The above case is set for dismissal, pursuant to Rule 165A, Texas Rule of Civil Procedure,
on: October 24, 2016 **at 9:00 a.m.**

If no answer has been filed, or if the answer filed is insufficient as a matter of law to place any of the facts
alleged in your petition in issue, you will be expected to have moved for, and to have had heard, a summary
judgment or to have proved up a default judgment on or prior to that date. Your failure to have done so will
result in the dismissal of the case on the above date.

If an answer has been filed that is sufficient to create a fact issue that prevents disposition of the entire case, or
if you have been unable to obtain service of process, you should plan to notify the court to obtain a reset of the
dismissal date or a trial setting as appropriate.

In no event will live witnesses be required unless the default prove-up is for an un-liquidated claim.
Liquidated claims and attorneys fees may be proved up by affidavit with a form of judgment.

If you should have any questions, please feel free to call us.

                                        Very Truly Yours,

                                        Judge Mark Greenberg
                                        County Court at Law No. 5
                                        Dallas County, Texas

*IF A *JURY DEMAND* IS REQUESTED, IT MUST BE MADE IN WRITING AND SUBMITED WITH **$22.OO** FOR THE JURY
FEES TO: MR. JOHN WARREN, DALLAS COUNTY CLERK, 600 COMMERCE, #101, DALLAS, TEXAS 75202*

7

FILED
7/28/2016 4:24:08 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
# CITATION
CAUSE NO. CC-16-03531-E
COUNTY COURT AT LAW NO. 5
Dallas County, Texas

TO:

**ERASMO OLIVAS**
**SERVE THROUGH ITS TEXAS TRANSPORTATION**
**COMMISSION**
**125 E 11TH STREET**
**AUSTIN TX 78701-2843**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 5 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

### DANIEL HARGROVE
*Plaintiff(s)*

VS.

### ERASMO OLIVAS; POINT DEDICATED SERVICES, LLC
*Defendant(s)*

filed in said Court on the 15th day of July, 2016a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 21st day of July, 2016 A.D.

JOHN F. WARREN, Dallas County Clerk

By *Guisla Hernandez*, Deputy
Guisla Hernandez



---

| **ATTORNEY** |
| --- |
| **CITATION** |
| **PLAINTIFF'S ORIGINAL PETITION** |

## CC-16-03531-E

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 5
Dallas County, Texas

DANIEL HARGROVE, *Plaintiff(s)*

VS.

ERASMO OLIVAS; POINT
DEDICATED SERVICES, LLC,
*Defendant(s)*

**SERVE:**
**ERASMO OLIVAS**
**SERVE THROUGH ITS TEXAS**
**TRANSPORTATION COMMISSION**
**125 E 11TH STREET**
**AUSTIN TX 78701-2843**

ISSUED THIS
21ST DAY OF JULY, 2016

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

CARL WILLIAM WEINKAUF
4303 N CENTRAL EXPRESSWAY
DALLAS TX 75205
214-368-6005

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

CAUSE NO. CC-16-03531-E

| | | |
|---|---|---|
| Daniel Hergrove | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COUNTY, |
| | § | |
| Erasmo Olivas and Point Dedicated Services, LLC | § | |
| Defendant. | § | DALLAS COUNTY COURT AT LAW #5 |

## AFFIDAVIT OF SERVICE

On this day personally appeared Christopher Joe Cook who, being by me duly sworn, deposed and said:

"The following came to hand on Jul 28, 2016, 1:00 pm,

CITATION WITH PLAINTIFF'S ORIGINAL PETITION,

and was executed at 125 E 11th Street, Austin, TX 78701 within the county of Travis at 02:59 PM on Thu, Jul 28 2016, by delivering a true copy to the within named

ERASMO OLIVAS THROUGH TEXAS TRANSPORTATION COMMISSION BY PERSONAL DELIVERY TO KATHERINE DULANY REGISTERED AGENT FOR SERVICE OF PROCESS

In person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is Christopher Joe Cook, my date of birth is 7/10/1984, and my address is P.O. Box 202672, Austin, TX 78720, and United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Travis County, State of Texas, on July 28, 2016.

_____
Christopher Joe Cook
SCH11836, Certification Expires 1/31/19

**8**

FILED
8/10/2016 3:25:33 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-16-03531-E
COUNTY COURT AT LAW NO. 5
Dallas County, Texas

TO:

POINT DEDICATED SERVICES, LLC
SERVE REG AGENT H & H TERMINALS LC ATTNRUBEN
LUERA
1731 CHERINGTON
EL PASO TX 79936

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 5 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

### DANIEL HARGROVE
*Plaintiff(s)*

VS.

### ERASMO OLIVAS; POINT DEDICATED SERVICES, LLC
*Defendant(s)*

filed in said Court on the 15th day of July, 2016a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN,** Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 21st day of July, 2016 A.D.

JOHN F. WARREN, Dallas County Clerk



By _Guisla Hernandez_, Deputy
Guisla Hernandez

---

### ATTORNEY
### CITATION
#### PLAINTIFF'S ORIGINAL PETITION
### CC-16-03531-E

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 5
Dallas County, Texas

DANIEL HARGROVE, *Plaintiff(s)*

VS.

ERASMO OLIVAS; POINT
DEDICATED SERVICES, LLC,
*Defendant(s)*

---

**SERVE:**
**POINT DEDICATED SERVICES, LLC
SERVE REG AGENT H & H
TERMINALS LC ATTNRUBEN LUERA
1731 CHERINGTON
EL PASO TX 79936**

ISSUED THIS
**21ST DAY OF JULY, 2016**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff
CARL WILLIAM WEINKAUF
4303 N CENTRAL EXPRESSWAY
DALLAS TX 75205
214-368-6005

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

**OFFICER'S RETURN**

CC-16-03531-E   County Court at Law No. 5

DANIEL HARGROVE vs. ERASMO OLIVAS, POINT DEDICATED SERVICES, LLC

ADDRESS FOR SERVICE:
SERVE REG AGENT H & H TERMINALS LC ATTNRUBEN LUERA
1731 CHERINGTON
EL PASO TX 79936

Fees:
Came to hand on the __28__ day of __JULY__, 20 _16_, at _4:00_ o'clock _P_ .m., and executed in _El Paso_ County, Texas by delivering to POINT DEDICATED SERVICES, LLC in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | | Place, Course and Distance from Courthouse |
|------|-----------|--|---------------------------------------------|
| Point Dedicated Servicos, LLC | 8/9/16 | 9:20 AM | 1731 Cherington, El Paso, TX 79936 |

AND RUBEN LUERA
And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy   $ _____   _____, Officer

Total   $ _____   _____ El Paso _____, County, Texas

State of _TEXAS_
County of _El Paso_

By: _Cynthia Nava_, Deputy SCH 3453

_Cynthia Nava_, Affiant

This instrument was acknowledged before me
on _7_ day of _Aug_, 20 16 by _Cynthia Nava_

Notary Public's Signature
My Commission Expires   May 4, 2019

BIANCA ARAGON
My Commission Expires
May 04, 2019

9

FILED
6/26/2016 9:49:02 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-16-03531-E

| | | |
|---|---|---|
| DANIEL HARGROVE, | § | IN THE COUNTY COURT |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | AT LAW NO. 5 |
| | § | |
| ERASMO OLIVAS AND POINT | § | |
| DEDICATED SERVICES, LLC, | § | |
| *Defendants.* | § | DALLAS COUNTY, TEXAS |

## DEFENDANTS ERASMO OLIVAS AND POINT DEDICATED SERVICES, LLC'S ORIGINAL ANSWER AND REQUESTS FOR DISCLOSURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW,** Erasmo Olivas and Point Dedicated Services, LLC, Defendants herein, and file their Original Answer to Plaintiff's Original Petition, and in support thereof would respectfully show unto this Honorable Court as follows:

### I.
### GENERAL DENIAL

Defendants deny each and every, all and singular, the allegations contained in Plaintiff's Original Petition and demand strict proof thereof as authorized by Texas Rule of Civil Procedure 92.

### II.
### AFFIRMATIVE DEFENSE AS TO LOSS OF INCOME

By way of affirmative defense, Defendants would show that pursuant to §18.091 of the Texas Rules of Civil Practice and Remedies Code, to the extent that Plaintiff is seeking recovery of past and future lost wages, evidence of this loss must be presented by Plaintiff in the form of a net loss after reduction for income tax payments, or unpaid tax liability to any federal income tax law. Defendants further assert the protections contained in §18.091 of the Texas Rules of Civil Practice and Remedies Code.

### III.
### REQUEST FOR DISCLOSURE

Under Texas Rule of Procedure 194, Defendants request that Plaintiff disclose, within thirty (30) days of the service of this request, the information or material described in Rule 194.2 of the Texas Rules of Civil Procedure.

### IV.
### NOTICE OF INTENT TO USE DOCUMENTS PRODUCED
### PURSUANT TO T.R.C.P. 193.7

Defendants place Plaintiff on notice that pursuant to TEX. R. CIV. P. 193.7, all documents produced by Plaintiff in this litigation are authenticated for use against the producing party in this case and maybe used as evidence during pre-trial procedures and at trial of this matter.

### V.
### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that upon final hearing hereof, Plaintiff takes nothing by way of his cause of action herein, that Defendants recover their costs herein expended and for such other and further relief, at law or in equity, to which Defendants may show itself justly entitled to receive.

Respectfully submitted,

**SARGENT LAW, P.C.**

By: _____*/s/ David L. Sargent*_____
     **DAVID L. SARGENT**
     State Bar No. 17648700
     david.sargent@sargentlawtx.com

1717 Main Street, Suite 4750
Dallas, Texas 75201
(214) 749-6516 (direct – David Sargent)
(214) 749-6316 (fax – David Sargent)

ATTORNEYS FOR DEFENDANTS
ERASMO OLIVAS AND POINT
DEDICATED

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of August, 2016, a true and correct copy of

the foregoing document was forwarded via facsimile to Carl Weinkauf & Associates, 4303 North

Central Expressway, Dallas, Texas 75205, counsel for Plaintiff.

          _____*/s/ David L. Sargent*_____
          **DAVID L. SARGENT**

**10**

FILED
8/26/2016 9:49:02 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-16-03531-E

| | | |
|---|---|---|
| **DANIEL HARGROVE,** | § | **IN THE COUNTY COURT** |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **AT LAW NO. 5** |
| | § | |
| **ERASMO OLIVAS AND POINT** | § | |
| **DEDICATED SERVICES, LLC,** | § | |
| *Defendants.* | § | **DALLAS COUNTY, TEXAS** |

### DEFENDANTS ERASMO OLIVAS AND POINT DEDICATED SERVICES, LLC'S REQUEST FOR JURY TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **COME NOW,** Erasmo Olivas and Point Dedicated Services, LLC, Defendants herein,

and request that a jury trial be held on said cause.  A jury fee has been paid by the Defendants.

        Respectfully submitted,

        **SARGENT LAW, P.C.**

        By:     */s/ David L. Sargent*
            **DAVID L. SARGENT**
            State Bar No. 17648700
            david.sargent@sargentlawtx.com

        1717 Main Street, Suite 4750
        Dallas, Texas  75201
        (214) 749-6516 (direct – David Sargent)
        (214) 749-6316 (fax – David Sargent)

        ATTORNEYS FOR DEFENDANTS
        ERASMO OLIVAS AND POINT
        DEDICATED

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of August, 2016, a true and correct copy of the foregoing document was forwarded via facsimile to Carl Weinkauf & Associates, 4303 North Central Expressway, Dallas, Texas 75205, counsel for Plaintiff.

*/s/ David L. Sargent*
**DAVID L. SARGENT**
